

**SIGNED this 18th day of October, 2011.**

_____
**JOHN C. AKARD**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ALFONSO BENAVIDES, JR | |
| Debtor(s) | Case No. 09-54234 C |

---

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF**
**HSBC BANK NEVADA, NA**
**Court Claim Number: 13**

---

On this day, came onto be considered the Trustee's Objection Claim of **HSBC BANK NEVADA, NA** and no response having been filed, the Court finds notice was proper and the Objection is sustained.

**IT IS THEREFORE ORDERED**, that the Trustee's Objection to the Claim of **HSBC BANK NEVADA, NA** in the amount of **$850.00**, filed on **February 22, 2010**, is granted.

FURTHER, the Court finds that the creditor has not complied with Bankruptcy Rule 3001(c). Therefore, the claim in the amount of $850.00 is DISALLOWED and will be discharged upon completion of the plan.

Creditor Name & Address:
HSBC BANK NEVADA, NA
BASS & ASSOCIATES
3936 E FT LOWELL #200
TUCSON,AZ 85712

### ###